OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.26⁵
02 1W
0001401623 MAY. 20. 2015.

**5/14/2015**
**DEBOSE, DOMINIQUE     Tr. Ct. No. 241-1081-08-A                    WR-83,290-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

DOMINIQUE DEBOSE
CLEMENTS UNIT - TDC # 1531401
9601 SPUR 591
AMARILLO, TX 79107-9606

HSA 2021